## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMERICAN DAIRY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MURRELL, HALL, McINTOSH & CO., LLP., | ) Case No.  CIV-08-400-M |
| | ) |
| AND | ) |
| HENNY WEE & CO., | ) |
| Defendants. | ) |

### PLAINTIFF'S COUNSEL'S ATTORNEY LIEN

Plaintiff's counsel, Federman & Sherwood, hereby notifies the court and defense counsel of its lien on the proceeds of any judgment, settlement or payment by defendants in this case.

Dated February 23, 2009.

Respectfully submitted,

FEDERMAN & SHERWOOD
/s/  William B. Federman
William B. Federman, Esq. (#2853)
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
405-235-1560
405-239-2112 (Facsimile)
wfederman@aol.com
**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Counsel's Attorney Lien was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 23, 2008.

/s/ William B. Federman
William B. Federman

I:\AmericanDairy\Pleadings\Drafts\PlfAttorneyLien (draft).doc